# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher M. Bunty<br>    aka Christopher Michael Bunty<br>    Amy Michelle Bunty<br>    aka Amy M. Bunty<br>    aka Amy Michelle Snowden<br>    aka Amy M. Snowden<br><br>              **Debtors** | **BK NO. 15-00149 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              412-430-3594