```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 15-00149-HWV
Amy Michelle Bunty                                              Chapter 13
Christopher M Bunty
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach              Page 1 of 1           Date Rcvd: Dec 04, 2018
                              Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db/jdb        +Amy Michelle Bunty,    Christopher M Bunty,    20 Butternut Lane,    Hanover, PA 17331-4915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Carrington Mortgage Services, LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A., et. al. jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRY WIDE HOME LOANS SERVICING, LP jschalk@barley.com,
               sromig@barley.com
              Lawrence V. Young    on behalf of Debtor 2 Christopher M Bunty lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Amy Michelle Bunty lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Michele A De Witt    on behalf of Creditor    Bayview Loan Servicing, LLC
               bkecfinbox@aldridgepite.com,    mdewitt@ecf.inforoptcy.com
              Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amy Michelle Bunty
aka Amy M. Bunty, aka Amy Michelle Snowden, aka Amy M. Snowden

**Debtor 1**

Christopher M Bunty
aka Christopher Michael Bunty

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−00149−HWV

Document Number: 97

Matter: Trustee's Objection to Motion to Modify the Plan

Amy Michelle Bunty
aka Amy Michelle Snowden
aka Amy M Snowden
Christopher M Bunty
aka Christopher Michael Bunty
**Movant(s)**

vs.

Charles J DeHart, III, Chapter 13 Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 15, 2015.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 12, 2018 Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2018 |

nthrgreq(05/18)