# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: Amy Michelle Bunty / Christopher M. Bunty, Debtor(s)

Case No. 1:15-bk-00149
Chapter 13

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a minimum fee of    $ (see para 6)
   Prior to the filing of this statement I have received    $ 2,100.00
   Balance Due    $ *14,802.34

2. $ 310.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:
   [✓] Debtor    [ ] Other (specify):

4. The source of compensation to be paid to me is:
   [✓] Debtor    [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the below-described fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   *The Debtors have executed a written fee agreement setting forth the calculation of attorney's fees at an hourly rate using the lodestar method. To date, the Debtors have paid the sum of $1,717.00 toward Attorney fees, $310.00 toward the filing fee, and $73 toward credit reports. The Debtors further agree that the bankruptcy will be billed at an hourly rate as set forth in the initial fee agreement between the Debtors and counsel.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   :

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 4/5/19

/s/ Lawrence V. Young
Lawrence V. Young 21009
CGA Law Firm
135 North George Street
York, PA 17401
717-848-4900  Fax: 717-843-9039
hlocke@cgalaw.com