United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Amy Michelle Bunty  
Christopher M Bunty  
      Debtors

Case No. 15-00149-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CourtneyG     Page 1 of 1     Date Rcvd: Jul 30, 2019  
                     Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.  
5147245       +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132  
5147246       +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121,  
          Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:

       Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com  
       Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
       James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com  
       Joseph P Schalk    on behalf of Creditor    Carrington Mortgage Services, LLC jschalk@barley.com, sromig@barley.com  
       Joseph P Schalk    on behalf of Creditor    Bank of America, N.A., et. al. jschalk@barley.com, sromig@barley.com  
       Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP jschalk@barley.com, sromig@barley.com  
       Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRY WIDE HOME LOANS SERVICING, LP jschalk@barley.com, sromig@barley.com  
       Lawrence V. Young    on behalf of Debtor 2 Christopher M Bunty lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com  
       Lawrence V. Young    on behalf of Debtor 1 Amy Michelle Bunty lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com  
       Lisa Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com  
       Michele A De Witt    on behalf of Creditor    Bayview Loan Servicing, LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com  
       Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov

       TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
Amy M. Bunty :
:
Christopher M. Bunty :
    Debtors/Movants :
v. : Case No. 1:15-bk-00149-HWV
:
Land Home Financial Services, Inc. :
:
    Respondent :

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION

UPON CONSIDERATION of the review of the Motion filed by Debtors, it is hereby ordered that the Motion to Approve Modification with Land Home Financial Services, Inc. is approved and the terms of the Debtors Note and Mortgage will be changed in accordance with the modification. The Loan Modification Agreement shall not be construed as a reaffirmation of any pre-petition obligation.

Dated: July 30, 2019

By the Court,

_/s/ Henry W. Van Eck_____
Henry W. Van Eck, Bankruptcy Judge (LS)