Check No. 1223198

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-00149-HWV | 006-0 | AMY MICHELLE BUNTY<br>Original Check written to:<br>EMERGENCY PHYSICIAN ASSOCIATION<br>OF PA, PC<br>P.O. BOX 12907<br>NORFOLK, VA 23541- | 7660 | 0.00 | 354.00 | 0.00 | 354.00 |
| 15-00617-RNO | 002-0 | MICHAEL C JAYNE<br>Original Check written to:<br>PAYPAL INC<br>PO BOX 45950<br>OMAHA, NE 68145- | 8914 | 221.82 | 19.08 | 0.00 | 19.08 |
| 15-00656-HWV | 003-0 | STEPHEN A. GUILBEAUX<br>Original Check written to:<br>PAYPAL INC<br>PO BOX 45950<br>OMAHA, NE 68145- | 4751 | 513.44 | 20.51 | 0.00 | 20.51 |
| 15-01375-HWV | 004-0 | ANDREW TODD HOFFMAN<br>Original Check written to:<br>ADMIRAL MERCHANTS MOTOR FREIGHT INC<br>WAGNER, FLACONER & JUDD LTC<br>100 SOUTH FIFTH STREET, FIFTH ST TOWERS<br>MINNEAPOLIS, MN 55402- | 8045 | 9,244.28 | 181.96 | 0.00 | 181.96 |
| 15-02351-HWV | 004-0 | STEVEN L. ARTER<br>Original Check written to:<br>NORTHERN LEASING SYSTEM, INC<br>525 WASHINGTON BOULEVARD, 15TH FLOOR<br>JERSEY CITY, NJ 07310- | | 661.94 | 44.51 | 0.00 | 44.51 |
| 15-04537-RNO | 015-0 | PATRICIA A CONNER<br>Original Check written to:<br>TMG FINANCIAL SERVICES<br>1500 NW 118TH ST<br>DES MOINES, IA 50323- | 8854 | 4,635.46 | 3,337.79 | 0.00 | 3,337.79 |