## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| AMY MICHELLE BUNTY | Case No.: 1-15-00149-HWV |
| CHRISTOPHER M. BUNTY | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**           **MORTGAGE INFORMATION**
Creditor Name:                 LAND HOME FINANCIAL SERVICES, INC
Court Claim Number:            05
Last Four of Loan Number:      1127/PRE ARREARS/20 BUTTERNUT LANE
Property Address if applicable: 20 BUTTERNUT LANE, , HANOVER, PA17331

**PART 2:**           **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,250.35 |
| b. | Prepetition arrearages paid by the Trustee: | $19,250.35 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $19,250.35 |

**PART 3:**           **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**           **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 12, 2020                    Respectfully submitted,

 

                                              s/ Charles J. DeHart, III, Trustee
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  LAND HOME FINANCIAL SERVICES, INC
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|------------|--------|------------|
| 5200  | 1147902 | 05/04/2016 | $598.71    | $0.00  | $598.71    |
| 5200  | 1149510 | 06/14/2016 | $2,522.97  | $0.00  | $2522.97   |
| 5200  | 1151220 | 07/07/2016 | $1,249.29  | $0.00  | $1249.29   |
| 5200  | 1152587 | 08/04/2016 | $1,261.49  | $0.00  | $1261.49   |
| 5200  | 1154121 | 09/01/2016 | $1,298.15  | $0.00  | $1298.15   |
| 5200  | 1155623 | 10/05/2016 | $1,298.15  | $0.00  | $1298.15   |
| 5200  | 1158841 | 12/06/2016 | $2,755.40  | $0.00  | $2755.40   |
| 5200  | 1160439 | 01/12/2017 | $1,377.69  | $0.00  | $1377.69   |
| 5200  | 1162006 | 02/08/2017 | $1,377.71  | $0.00  | $1377.71   |
| 5200  | 1165069 | 04/12/2017 | $2,755.39  | $0.00  | $2755.39   |
| 5200  | 1166703 | 05/11/2017 | $1,377.69  | $0.00  | $1377.69   |
| 5200  | 1168206 | 06/13/2017 | $1,377.71  | $0.00  | $1377.71   |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

AMY MICHELLE BUNTY  
CHRISTOPHER M. BUNTY  
Debtor(s)

Case No.: 1-15-00149-HWV  
Chapter 13

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LAWRENCE V. YOUNG, ESQUIRE<br>135 NORTH GEORGE STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| LAND HOME FINANCIAL SERVICES, INC<br>3611 SOUTH HARBOR BLVD, SUITE 100<br>SANTA ANA, CA, 92704 | SERVED BY 1ST CLASS MAIL |
| AMY MICHELLE BUNTY<br>CHRISTOPHER M. BUNTY<br>20 BUTTERNUT LANE<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 12, 2020

s/ Donna Schott  
Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: dehartstaff@pamd13trustee.com