United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Amy Michelle Bunty  
Christopher M Bunty  
    Debtor(s)

Case No. 15-00149-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Nov 13, 2020      Form ID: 3180W      Total Noticed: 92

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amy Michelle Bunty, Christopher M Bunty, 20 Butternut Lane, Hanover, PA 17331-4915 |
| 4594221 | + | AMY MICHELLE BUNTY, CHRISTOPHER M. BUNTY, 20 BUTTERNUT LANE, HANOVER, PA 17331-4915 |
| 4594227 | | ARS ACCOUNT RESOLUTION, 1801 NW 66TH AVE, STE 200C, PLANTATION, FL 33313-4571 |
| 4644694 | + | Bank of America, N.A. et al., Carrington Mortgage Services, LLC, 1610 E.ST Andrew Place, Suite B 150, Santa Ana, CA 92705-4941 |
| 4838401 | + | Bayview Loan Servicing, 285 Grand Avenue 200, Southlake, TX 76092-7657 |
| 4594232 | + | CENTRAL CREDIT, 100 N THIRD ST, SUNBURY, PA 17801-2367 |
| 4594233 | | CERASTES, LLC, C/O WEINSTEIN, PINSON, AND RILEY PS, 2001 WESTERN AVENUE, SUITE 400, SEATTLE, WA 98121-3132 |
| 4594234 | | CHEVY CHASE ANESTHESIA, 13523 Barrett Parkway Drive, Suite 104, Ballwin, MO 63021-3802 |
| 4594235 | | CHILDREN'S BOOK-OF-THE-MONTH CLUB, C/O UNIVERSAL FIDELITY CORP., P.O. BOX 941829, HOUSTON, TX 77094-8829 |
| 4594236 | | CHILDREN'S BOOK-OF-THE-MONTH CLUB, MEMBER SERVICE CENTER, PO BOX 916400, RANTOUL, IL 61866-6400 |
| 4594239 | + | COMMERCIAL ACCEPTANCE, 2 W MAIN ST, SHIREMANSTOWN, PA 17011-6326 |
| 4594241 | + | COMMERCIAL ACCEPTANCE CO., P.O. BOX 3268, CAMP HILL, PA 17011-3268 |
| 4594242 | + | COMMONWEALTH OF PA, DEPT. OF REVENUE, P.O. BOX 280948, HARRISBURG, PA 17128-0948 |
| 4594243 | | CONVERGENT, 800 SW 59TH STREET, PO BOX 9004, HOUSTON, NV 89057 |
| 4594244 | | CONVERGENT, PO BOX 9004, HOUSTON, NV 89057 |
| 4594247 | + | EMERGENCY PHY ASSOC OF PA, PC, 307 S EVERGREEN AVE STE 201, DEPTFORD, NJ 08096-2739 |
| 4649031 | | EMERGENCY PHY ASSOC OF PA,PC, PO Box 1109, Minneapolis, MN 55440-1109 |
| 4594248 | + | EMERGENCY PHYS ASSOC. OF PA, PC, P.O. BOX 740021, CINCINNATI, OH 45274-0021 |
| 4594249 | + | EMERGENCY PHYS. ASSOC. OF PA, 2620 RIDGEWOOD ROAD, SUITE 300, AKRON, OH 44313-3527 |
| 4594250 | + | FIRSTSOURCE ADVANTAGE, 7650 MAGNA DR, BELLEVILLE, IL 62223-3366 |
| 4641934 | + | FMS Inc Bankfirst, Williamson and Brown LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 4594252 | + | FREDERICK MEMORIAL HOSPITAL, 400 W 7TH ST, FREDERICK, MD 21701-4593 |
| 4594254 | + | FREDERICK PEDIATRIC ASSOCIATES, 87 THOMAS JOHNSON DRIVE, FREDERICK, MD 21702-4427 |
| 4594253 | + | Frederick Pediatric Associates, 1502 S. Main Street, #206, Mount Airy MD 21771-5363 |
| 4594259 | + | HANOVER HOSPITAL, P.O. BOX 735, SUNBURY, PA 17801-0735 |
| 4594260 | | HANOVER HOSPITAL, INC., BILLING OFFICE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 4594262 | ++ | HYUNDAI MOTOR FINANCE COMPANY, PO BOX 20809, FOUNTAIN VALLEY CA 92728-0809 address filed with court:, HYUNDAI MOTOR FINANCE COMPANY, PO BOX 78047, PHOENIX, AZ 85062-8047 |
| 4594264 | | KIA MOTOR FINANCE, PO BOX 20835, FOUNTAIN VALLEY, CA 92728-0835 |
| 4594263 | + | KIA MOTOR FINANCE, PO BOX 20815, FOUNTAIN VALLEY, CA 92728-0815 |
| 4594222 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5245035 | + | Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5147245 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5147246 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121, Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400 Seattle, WA 98121-3132 |
| 4594269 | + | MAY EYE CARE CENTER, THE HILLSIDE MEDICAL CTR, STE 225, 250 FAME AVE., HANOVER, PA 17331-1576 |
| 4594278 | + | NORTHEAST CREDIT & COLLECTION, 960 N MAIN AVE, SCRANTON, PA 18508-2126 |
| 4594279 | | NORTHEAST CREDIT COLLECTIONS, PO BOX 3358, SCRANTON, PA 18505-0358 |
| 4594224 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4594287 | + | RJM ACQUISITIONS LLC, 575 UNDERHILL BLVD, SUITE 224, SYOSSET, NY 11791-3416 |
| 4594223 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 4594294 | | WELLS FARGO, PO BOX 3117, WINSTON SALEM, NC 27102-3117 |
| 4594295 | | WELLS FARGO, P O BOX 98751, YORK, PA 17404 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 13 2020 19:05:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2020 19:04:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | + | EDI: PRA.COM | Nov 14 2020 00:03:00 | PRA Receivables Management, LLC, PO Box 12907, Norfolk, VA 23541-0907 |
| 4594226 | | Email/Text: dcrum@adamscounty.us | Nov 13 2020 19:05:00 | ADAMS COUNTY TAX CLAIM BUREAU, ROOM 204, 111-117 BALTIMORE STREET, GETTYSBURG, PA 17325 |
| 4594229 | | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | BAC HOME LOANS, PO BOX 15222, WILMINGTON, DE 19886-5222 |
| 4594228 | + | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | BAC HOME LOANS, 7105 CORPORATE DRIVE, PTX C35, PLANO, TX 75024-4100 |
| 4594230 | | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | BAC HOME LOANS/COUNTRYWIDE, 450 AMERICAN ST., SIMI VALLEY, CA 93065-6285 |
| 4833883 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 13 2020 19:05:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 4833884 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 13 2020 19:05:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 4594231 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2020 19:04:00 | CARRINGTON MORTGAGE SERVICES, LLC, BANKRUPTCY DEPARTMENT, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5951 |
| 4594237 | + | EDI: COMCASTCBLCENT | Nov 14 2020 00:03:00 | COMCAST, 221 W. PHILADELPHIA STREET, SUITE 12, YORK, PA 17401-2992 |
| 4594238 | | EDI: COMCASTCBLCENT | Nov 14 2020 00:03:00 | COMCAST, PO BOX 985, TOLEDO, OH 43697-0985 |
| 4594245 | + | EDI: CONVERGENT.COM | Nov 14 2020 00:03:00 | CONVERGENT OUTSOURCING, INC., 10750 HAMMERLY BLVD #200, HOUSTON, TX 77043-2317 |
| 4594246 | + | EDI: CCUSA.COM | Nov 14 2020 00:03:00 | CREDIT COLL/USA, 16 DISTRIBUTOR DR STE 1, MORGANTOWN, WV 26501-7209 |
| 4594251 | + | EDI: FSAE.COM | Nov 14 2020 00:03:00 | FIRSTSOURCE ADVANTAGE LLC, 205 BRYANT WOODS SOUTH, BUFFALO, NY 14228-3609 |
| 4594255 | | EDI: RMSC.COM | Nov 14 2020 00:03:00 | GE CAPITAL RETAIL BANK, PO BOX 9600061, ORLANDO, FL 32896-0061 |
| 4594256 | | EDI: RMSC.COM | Nov 14 2020 00:03:00 | GE MONEY BANK, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 4594257 | + | Email/Text: nailda@centralcreditaudit.com | Nov 13 2020 19:05:00 | HANOVER GENERAL HOSPITAL, C/O CENTRAL CREDIT AUDIT, P.O. BOX 735, SUNBURY, PA 17801-0735 |
| 4594258 | + | Email/Text: lyonsbe2@upmc.edu | Nov 13 2020 19:05:00 | HANOVER HOSPITAL, 300 HIGHLAND AVENUE, HANOVER, PA 17331-2203 |
| 4594261 | + | EDI: HY11.COM | Nov 14 2020 00:03:00 | HYUNDAI CAPITAL AMERICA, 10550 TALBERT AVE, FOUNTAIN VALLEY, CA |

| | | | | |
|---|---|---|---|---|
| | | | | 92708-6032 |
| 4651117 | + | EDI: HY11.COM | Nov 14 2020 00:03:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 4594225 | | EDI: IRS.COM | Nov 14 2020 00:03:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OP., P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4594266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 19:06:53 | LVNV FUNDING, LLC, P.O. BOX 10497, GREENVILLE, SC 29603-0497 |
| 4594265 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 19:06:52 | LVNV FUNDING, LLC, P O BOX 10584, GREENVILLE, SC 29603-0584 |
| 4594267 | | Email/Text: camanagement@mtb.com | Nov 13 2020 19:05:00 | M & T BANK, ATTN: BANKRUPTCY DEPARTMENT, 1100 WEHRLE DR, 2ND FLOOR, BUFFALO, NY 14221-7748 |
| 4594268 | | Email/Text: camanagement@mtb.com | Nov 13 2020 19:05:00 | M & T BANK, PO BOX 7678, BUFFALO, NY 14240 |
| 4594270 | + | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | MBNA AMERICA, PO BOX 15715, WILMINGTON, DE 19886-5715 |
| 4594271 | + | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | MBNA AMERICA BANK, N.A., 655 PAPER MILL ROAD, MAILSTOP 1411, WILMINGTON, DE 19884-1510 |
| 4594273 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | MIDLAND CREDIT MANAGEMENT, DEPT. 12421, P.O. BOX 603, OAKS, PA 19456-0603 |
| 4594272 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | MIDLAND CREDIT MANAGEMENT, 8875 AERO DRIVE, SUITE 200, SAN DIEGO, CA 92123-2255 |
| 4594274 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | MIDLAND CREDIT MANAGEMENT, INC., P O BOX 60578, LOS ANGELES, CA 90060-0578 |
| 4594275 | + | EDI: NHCLLC.COM | Nov 14 2020 00:03:00 | NATIONAL HOSPITAL COLLECTIONS, PO BOX 699, MORGANTOWN, WV 26507-0699 |
| 4594277 | | Email/Text: Bankruptcies@nragroup.com | Nov 13 2020 19:05:00 | NATIONAL RECOVERY AGENCY, PO BOX 67015, HARRISBURG, PA 17106-7015 |
| 4594276 | + | Email/Text: Bankruptcies@nragroup.com | Nov 13 2020 19:05:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON ST, HARRISBURG, PA 17111-1036 |
| 4594280 | + | Email/Text: nod.referrals@fedphe.com | Nov 13 2020 19:05:00 | PHELAN HALLINAN SCHMIEG, LLP, ONE PENN CENTER PLAZA, 1617 JFK BLVD., SUITE 1400, PHILADELPHIA, PA 19103-1814 |
| 4594281 | + | EDI: PRA.COM | Nov 14 2020 00:03:00 | PORTFOLIO RECOVERY ASSOC, DEPT. 922, PO BOX 4115, CONCORD, CA 94524-4115 |
| 4594282 | | EDI: PRA.COM | Nov 14 2020 00:03:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 4594283 | | EDI: PRA.COM | Nov 14 2020 00:03:00 | PORTFOLIO RECOVERY ASSOCIATES, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 4594284 | | EDI: PRA.COM | Nov 14 2020 00:03:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P.O. BOX 12914, NORFOLK, VA 23541 |
| 4600361 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4594285 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 19:06:53 | RESURGENT CAPITAL SERVICES, P.O. BOX 10587, GREENVILLE, SC 29603-0587 |
| 4594286 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 19:07:08 | RESURGENT CAPITAL SERVICES, 15 S. MAIN STREET, SUITE 600, GREENVILLE, SC 29601-2768 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4594288 | + | EDI: CBS7AVE | Nov 14 2020 00:03:00 | SEVENTH AVENUE, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4594290 | + | EDI: SWCR.COM | Nov 14 2020 00:03:00 | SOUTHWEST CREDIT SYSTEMS, 5910 W PLANO PARKWAY STE 100, PLANO, TX 75093-2202 |
| 4594289 | + | EDI: SWCR.COM | Nov 14 2020 00:03:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PKWY, CARROLLTON, TX 75007-1958 |
| 4594291 | | EDI: NEXTEL.COM | Nov 14 2020 00:03:00 | SPRINT, KSOPHT0101-Z4300, 6391 SPRINT PARKWAY, OVERLAND PARK, KS 66251-4300 |
| 4594292 | | EDI: NEXTEL.COM | Nov 14 2020 00:03:00 | SPRINT*, ATTN: BANKRUPTCY DEPT., PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 4594293 | + | EDI: RMSC.COM | Nov 14 2020 00:03:00 | SYNCHRONY BANK, FORMERLY GE CAPITAL RETAIL, 777 LONG RIDGE ROAD, STAMFORD, CT 06902-1247 |
| 4594296 | + | EDI: WFFC.COM | Nov 14 2020 00:03:00 | WELLS FARGO FINANCE, 800 WALNUT ST, DES MOINES, IA 50309-3891 |
| 4594297 | | Email/Text: kcm@yatb.com | Nov 13 2020 19:05:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |
| 4594298 | + | Email/Text: kcm@yatb.com | Nov 13 2020 19:05:00 | YORK ADAMS TAX BUREAU*, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4594240 | *+ | COMMERCIAL ACCEPTANCE CO., 2 W. MAIN STREET, SHIREMANSTOWN, PA 17011-6326 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | |

| | |
|---|---|
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Celine P DerKrikorian | |
| | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Joseph P Schalk | |
| | on behalf of Creditor Carrington Mortgage Services LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Joseph P Schalk | |
| | on behalf of Creditor Bank of America N.A., et. al. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Joseph P Schalk | |
| | on behalf of Creditor BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Joseph P Schalk | |
| | on behalf of Creditor BANK OF AMERICA N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRY WIDE HOME LOANS SERVICING, LP joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Lawrence V. Young | |
| | on behalf of Debtor 2 Christopher M Bunty lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young | |
| | on behalf of Debtor 1 Amy Michelle Bunty lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lisa Cancanon | |
| | on behalf of Creditor Land Home Financial Services Inc. lisac@w-legal.com, Llombardi06@law.du.edu |
| Michele A De Witt | |
| | on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Raymond M Kempinski | |
| | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Amy Michelle Bunty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6033<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christopher M Bunty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0666<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–00149–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amy Michelle Bunty  
aka Amy M. Bunty, aka Amy Michelle Snowden,  
aka Amy M. Snowden

Christopher M Bunty  
aka Christopher Michael Bunty

11/13/20

**By the court:** <u>Henry W. Van Eck</u>  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**