Check No. 1228533

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-00149-HWV | 999-0 | AMY MICHELLE BUNTY | | 0.00 | 14.65 | 0.00 | 14.65 |
| | | Original Check written to: | | | | | |
| | | AMY MICHELLE BUNTY and CHRISTOPHER M. BUNTY | | | | | |
| | | 20 BUTTERNUT LANE | | | | | |
| | | HANOVER, PA 17331 | | | | | |
| 15-03576-HWV | 008-0 | ROBERT DONALD YEAPLE, JR. | | 0.00 | 115.17 | 0.00 | 115.17 |
| | | Original Check written to: | | | | | |
| | | LORENA BRABHAM | | | | | |
| | | C/O LAW OFFICE OF MARC ROBERTS | | | | | |
| | | 149 EAST MARKET STREET | | | | | |
| | | YORK, PA 17401- | | | | | |
| 15-04560-HWV | 009-0 | BRIAN. T. KRAPE | | 1,975.52 | 15.45 | 0.00 | 15.45 |
| | | Original Check written to: | | | | | |
| | | KELLI METZGER KNERR, ESQUIRE | | | | | |
| | | 525 SOUTH EIGHTH STREET | | | | | |
| | | LEBANON, PA 17042- | | | | | |
| 15-05271-HWV | 011-0 | RANA DENISE JONES | 3515 | 8.77 | 506.60 | 0.00 | 506.60 |
| | | Original Check written to: | | | | | |
| | | PAYPAL CREDIT | | | | | |
| | | BILL ME LATER, INC | | | | | |
| | | P.O. BOX 965004 | | | | | |
| | | ORLANDO, FL 32896-5004 | | | | | |
| 16-01335-RNO | 005-0 | PETER M. LUZZO | | 5,906.39 | 116.61 | 0.00 | 116.61 |
| | | Original Check written to: | | | | | |
| | | TWIN GAP FARMS LTD | | | | | |
| | | 106 GARFIELD PLACE | | | | | |
| | | BROOKLYN, NY 11215- | | | | | |
| 16-02120-HWV | 016-0 | ANDREW W SHAFRANICH | 4374 | 16.17 | 1,052.92 | 0.00 | 1,052.92 |
| | | Original Check written to: | | | | | |
| | | JEFFERSON CAPITAL SYSTEMS | | | | | |
| | | P.O. BOX 772813 | | | | | |
| | | CHICAGO, IL 60677-2813 | | | | | |